**FILED**
ee FEB 01 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Lutwione A. Robinson
(full name of plaintiff or petitioner)

vs.

Tom Dart, OFC. Rivers,
OFC. Roberson, OFC. Robinson
(full name of defendant(s) or respondent(s))

APPLICATION TO PROCEED
WITHOUT PREPAYING FEES OR ~~

1:23-cv-00599
Judge John J. Tharp, Jr
Magisrate Judge Gabriel A. Fuentes
PC 3
RANDOM

**Instructions:** Please answer every question. Do not leave blanks.
If the answer is "0" or "none," say so.

If you are in custody, you are subject to the Prison Litigation Reform Act ("PLRA"). The PLRA requires all pretrial detainees and prisoners to pay the filing fee. If you cannot pay the full filing fee at this time, you may seek leave to proceed *in forma pauperis*. A pretrial detainee or prisoner who proceeds *in forma pauperis* pays the full filing fee over time, with monthly installments taken from his or her trust fund account.

**Application:** I am the plaintiff / petitioner in this case. I believe that I am entitled to the relief I am requesting in this case. I am providing the following information under penalty of perjury in support of my request (check all that apply):

X to proceed *in forma pauperis* (IFP) (without prepaying fees or costs)
X to request an attorney

1. *Are you in custody?* X Yes ___ No
   ID # 20221103091   Name of jail or prison: Cook County Dept of Corrections
   Do you receive any payment from this institution? ___ Yes  X No
   If "Yes," how much per month? $_____

2. *Other sources of income / money:* For the past 12 months, list the amount of money that you have received from any of the following sources:

   (list the 12-month total for each)
   Self-employment, business, or profession: $ 0
   Income from interest or dividends: $ 0
   Income from rent payments: $ 0
   Pensions, annuities, or life insurance: $ 0
   Disability or worker's compensation: $ 0
   Gifts: $ 0
   Deposits by others into your jail or prison account: $ 590.00
   Unemployment, public assistance, or welfare: $ 0
   Settlements or judgments: $ 0
   Any other source of money: $ 0

3. <u>Cash and bank accounts</u>: Do you have any money in cash or in a checking or savings account? ___ Yes  _X_ No  If yes, how much? _____

4. <u>Other assets</u>: Do you have an interest in any real estate (including your home), stocks, bonds, other securities, retirement plans, automobiles, jewelry, or other valuable property (not including ordinary household furnishings and clothing)?     ___ Yes   _X_ No

   If yes, list each item of property and state its approximate value:
   _____
   _____

5. <u>Dependents</u>: Is anyone dependent on you for support?     ___ Yes  _X_ No

   If yes, please list their names (for minor children, use only initials); relationship to you; and how much you and/or your spouse contribute toward their support each month:
   _____
   _____

6. <u>Debts and financial obligations</u>: List any amounts you owe to others:
   _____N/A_____

**Declaration**: I declare under penalty of perjury that all of the information listed above is true and correct. I understand that a false statement may result in dismissal of my claims or other sanctions.

Date: 12-11-2022

Lutwione A. Robinson
Applicant's signature

Lutwione A. Robinson
Printed name

**NOTICE TO PRISONERS:** In addition to the Certificate below, you must attach a print-out from the institution(s) where you have been in custody during the last six months showing all receipts, expenditures and balances in your prison or jail trust fund accounts during that period. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account – prepared by each institution where you have been in custody during that six-month period. You must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE (Incarcerated applicants only)**
**(To be completed by the institution of incarceration)**

I certify that the applicant named above, Lutwione Robinson ID # 2022 1103091, has the sum of $ 29.21 on account to his/her credit at CCDOC (name of institution). I also certify that during the past six months, the applicant's average monthly deposit was $ 370.00. (Add all deposits from all sources and then divide by the number of months.)

Date: 12/13/22

Ms. Dors
Signature of authorized officer

Ms. Dorsey
Printed name

# Resident Transaction Details

Transactions to 12/13/2022 11:59 PM

## 0205314 : Robinson, Lutwione
DIV8 RTU 3C D2

Cook Checking Main Balance: $29.21

| Receipt | Date | Type | Bill Amount | Bill Collect | Bill Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| 4481406 | 12/8/2022 | BillPay | | | PAYMENT FOR TRANS 4481405 | -$101.26 | $29.21 |
| 4481405 | 12/8/2022 | Bill | $101.26 | | Commissary COMMISSARY 12/8/2022 REF:8254 | | $130.47 |
| 4448548 | 12/1/2022 | BillPay | | | PAYMENT FOR TRANS 4448547 | -$99.20 | $130.47 |
| 4448547 | 12/1/2022 | Bill | $99.20 | | Commissary COMMISSARY 12/1/2022 REF:8129 | | $229.67 |
| 4445730 | 11/30/2022 | PayVoid | | | VOID TRANS 4444898 | $8.00 | $229.67 |
| 4445729 | 11/30/2022 | BillVoid | $8.00 | | VOID TRANS 4444897 | | $221.67 |
| 4445728 | 11/30/2022 | PayVoid | | | VOID TRANS 4444890 | $7.50 | $221.67 |
| 4445727 | 11/30/2022 | BillVoid | $7.50 | | VOID TRANS 4444889 | | $214.17 |
| 4444898 | 11/30/2022 | BillPay | | | PAYMENT FOR TRANS 4444897 | -$8.00 | $214.17 |
| 4444897 | 11/30/2022 | Bill | $8.00 | $0.00 | Pizza SAUSAGE | | $222.17 |
| 4444890 | 11/30/2022 | BillPay | | | PAYMENT FOR TRANS 4444889 | -$7.50 | $222.17 |
| 4444889 | 11/30/2022 | Bill | $7.50 | $0.00 | Pizza SPICY VEGETARIAN | | $229.67 |
| 4408733 | 11/22/2022 | CredPay | | | PAYMENT FOR TRANS 4408732 | $6.56 | $229.67 |
| 4408732 | 11/22/2022 | Credit | $6.56 | | Commissary COMMISSARY CREDIT 11/22/2022 REF:7990 | | $223.11 |
| 4396630 | 11/18/2022 | BillPay | | | PAYMENT FOR TRANS 4396629 | -$101.90 | $223.11 |

Printed 12/13/2022    Confidential Property of Cook County    Page 1 of 10

# 0205314 : Robinson, Lutwione
## DIV8 RTU 3C D2

Cook Checking Main Balance: $29.21

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| 4396629 | 11/18/2022 | Bill | $101.90 | $101.90 | Commissary : COMMISSARY 11/18/2022 REF:7951 | | $325.01 |
| 4385618 | 11/17/2022 | BillPay | | | PAYMENT FOR TRANS 4385617 | -$85.88 | $325.01 |
| 4385617 | 11/17/2022 | Bill | $85.88 | $85.88 | Commissary : COMMISSARY 11/17/2022 REF:7944 | | $410.89 |
| 4261591 | 11/8/2022 | BillPay | | | PAYMENT FOR TRANS 4261590 | -$100.69 | $410.89 |
| 4261590 | 11/8/2022 | Bill | $100.69 | $100.69 | Commissary : COMMISSARY 11/8/2022 REF:7825 | | $511.58 |
| 4258575 | 11/7/2022 | BillPay | | | PAYMENT FOR TRANS 4258574 | -$4.00 | $511.58 |
| 4258574 | 11/7/2022 | Bill | $4.00 | $4.00 | Commissary : COMMISSARY 11/7/2022 REF:7822 | | $515.58 |
| 4240275 | 11/4/2022 | Add | | | 1 x $20 bill | $20.00 | $515.58 |
| 4238259 | 11/3/2022 | Add | | | 1x $20 not accepted by kiosk. Bill will be sent to safe and added to acct. for a total amount of $500 | $480.00 | $495.58 |
| 4237170 | 11/3/2022 | Open | | | RESIDENT RE-OPEN | $0.00 | $15.58 |
| 2167403 | 10/25/2021 | CredPay | | | PAYMENT FOR TRANS 2167402 | $15.58 | $15.58 |
| 2167402 | 10/25/2021 | Credit | $15.58 | $15.58 | Commissary : COMMISSARY CREDIT 10/25/2021 REF:3428 | | $0.00 |
| 2155606 | 10/22/2021 | Close | | | | | $0.00 |
| 2155605 | 10/22/2021 | Writeoff | $0.07 | $0.07 | BAD DEBT WRITEOFF FOR TRANS 2155542 TO Bus Cards : Automatic Debt Writeoff on Release. : WRITTEN OFF | | $0.00 |
| 2155604 | 10/22/2021 | Release | | | RESIDENT RELEASE | | $0.00 |
| 2155543 | 10/22/2021 | BillPay | | | PAYMENT FOR TRANS 2155542 | -$5.93 | $0.00 |
| 2155542 | 10/22/2021 | Bill | $6.00 | $6.00 | Bus Cards : $3.00 Bus Card | | $5.93 |

Printed 12/13/2022  Confidential Property of Cook County  Page 2 of 10

# 0205314 : Robinson, Lutwione
## DIV8 RTU 3C D2

Cook Checking Main Balance: $29.21

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Comment Collect | Adjust | Spend Balance |
|---|---|---|---|---|---|---|
| 2155541 | 10/22/2021 | Combo | | Combo Bill DISCHARGE | $0.00 | $5.93 |
| 2140130 | 10/19/2021 | BillPay | | PAYMENT FOR TRANS 2140129 | -$44.10 | $5.93 |
| 2140129 | 10/19/2021 | Bill | $44.10 | Commissary COMMISSARY 10/19/2021 REF:3376 | | $50.03 |
| 2115898 | 10/15/2021 | CredPay | | PAYMENT FOR TRANS 2115897 | $50.00 | $50.03 |
| 2115897 | 10/15/2021 | Credit | $50.00 | ACH Settlement Fund : Primary balance receipt from TF Checking | | $0.03 |
| 2115896 | 10/15/2021 | StlmntRcpt | | | $50.00 | $50.03 |
| 2115886 | 10/15/2021 | Settlement | | | -$50.00 | $50.03 |
| 2115880 | 10/15/2021 | CredPay | | PAYMENT FOR TRANS 2115879 | $50.00 | $50.03 |
| 2115879 | 10/15/2021 | Credit | $50.00 | JailATM : JailATM Web Deposit GC# 38799670 by Gussie Pettis Paid By: Gussie Pettis 8205 S Green Chicago, IL 60620 | | $0.03 |
| 2100016 | 10/12/2021 | BillPay | | PAYMENT FOR TRANS 2100015 | -$0.20 | $0.03 |
| 2100015 | 10/12/2021 | Bill | $0.20 | Commissary COMMISSARY 10/12/2021 REF:3314 | | $0.23 |
| 2061263 | 10/5/2021 | BillPay | | PAYMENT FOR TRANS 2061262 | -$34.53 | $0.23 |
| 2061262 | 10/5/2021 | Bill | $34.53 | Commissary COMMISSARY 10/5/2021 REF:3261 | | $34.76 |
| 2025098 | 9/28/2021 | BillPay | | PAYMENT FOR TRANS 2025097 | -$100.81 | $34.76 |
| 2025097 | 9/28/2021 | Bill | $100.81 | Commissary COMMISSARY 9/28/2021 REF:3196 | | $135.57 |

## 0205314 : Robinson, Lutwione
### DIV8 RTU 3C D2

Cook Checking Main Balance: $29.21

### Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| 2006251 | 9/24/2021 | CredPay | | | PAYMENT FOR TRANS 2006250 | $125.00 | $135.57 |
| 2006250 | 9/24/2021 | Credit | $125.00 | $125.00 | ACH Settlement Fund : Primary balance receipt from TF Checking | | $10.57 |
| 2006249 | 9/24/2021 | StlmntRcpt | | | | $125.00 | $135.57 |
| 2006245 | 9/24/2021 | Settlement | | | | -$125.00 | $135.57 |
| 2006242 | 9/24/2021 | CredPay | | | PAYMENT FOR TRANS 2006241 | $125.00 | $135.57 |
| 2006241 | 9/24/2021 | Credit | $125.00 | $125.00 | JailATM : JailATM Web Deposit GC# 38191757 by Gussie Pettis Paid By: Gussie Pettis 8205 S Green Chicago , IL 60620 | | $10.57 |
| 1992771 | 9/21/2021 | BillPay | | | PAYMENT FOR TRANS 1992770 | -$24.84 | $10.57 |
| 1992770 | 9/21/2021 | Bill | $24.84 | $24.84 | Commissary : COMMISSARY 9/21/2021 REF:3104 | | $35.41 |
| 1958121 | 9/14/2021 | BillPay | | | PAYMENT FOR TRANS 1958120 | -$36.46 | $35.41 |
| 1958120 | 9/14/2021 | Bill | $36.46 | $36.46 | Commissary : COMMISSARY 9/14/2021 REF:3015 | | $71.87 |
| 1953368 | 9/13/2021 | CredPay | | | PAYMENT FOR TRANS 1953367 | $50.00 | $71.87 |
| 1953367 | 9/13/2021 | Credit | $50.00 | $50.00 | ACH Settlement Fund : Primary balance receipt from TF Checking | | $21.87 |
| 1953366 | 9/13/2021 | StlmntRcpt | | | | $50.00 | $71.87 |
| 1953347 | 9/13/2021 | Settlement | | | | -$50.00 | $71.87 |
| 1953325 | 9/13/2021 | CredPay | | | PAYMENT FOR TRANS 1953324 | $50.00 | $71.87 |

# 0205314 : Robinson, Lutwione
## DIV8 RTU 3C D2

Cook Checking Main Balance: $29.21

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| 1953324 | 9/13/2021 | Credit | $50.00 | $50.00 | JailATM : JailATM Web Deposit GC# 37874813 by Gussie Pettis Paid By: Gussie Pettis 8205 S Green Chicago, IL 60620 | | $21.87 |
| 1924529 | 9/7/2021 | BillPay | | | PAYMENT FOR TRANS 1924528 | -$31.90 | $21.87 |
| 1924528 | 9/7/2021 | Bill | $31.90 | $31.90 | Commissary : COMMISSARY 9/7/2021 REF:2934 | | $53.77 |
| 1910121 | 9/3/2021 | CredPay | | | PAYMENT FOR TRANS 1910120 | $12.03 | $53.77 |
| 1910120 | 9/3/2021 | Credit | $12.03 | $12.03 | Commissary : COMMISSARY CREDIT 9/3/2021 REF:2919 | | $41.74 |
| 1891463 | 8/31/2021 | BillPay | | | PAYMENT FOR TRANS 1891462 | -$44.53 | $41.74 |
| 1891462 | 8/31/2021 | Bill | $44.53 | $44.53 | Commissary : COMMISSARY 8/31/2021 REF:2874 | | $86.27 |
| 1888543 | 8/31/2021 | CredPay | | | PAYMENT FOR TRANS 1888542 | $25.00 | $86.27 |
| 1888542 | 8/31/2021 | Credit | $25.00 | $25.00 | ACH Settlement Fund : Primary balance receipt from TF Checking | | $61.27 |
| 1888541 | 8/31/2021 | StlmntRcpt | | | | $25.00 | $86.27 |
| 1888537 | 8/31/2021 | Settlement | | | | -$25.00 | $86.27 |
| 1888534 | 8/31/2021 | CredPay | | | PAYMENT FOR TRANS 1888533 | $25.00 | $86.27 |
| 1888533 | 8/31/2021 | Credit | $25.00 | $25.00 | JailATM : JailATM Web Deposit GC# 37474827 by Gussie Pettis Paid By: Gussie Pettis 8205 S Green Chicago, IL 60620 | | $61.27 |

Printed 12/13/2022     Confidential Property of Cook County     Page 5 of 10

**0205314 : Robinson, Lutwione**
DIV8 RTU 3C D2

Cook Checking Main Balance: $29.21

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| 1854457 | 8/24/2021 | BillPay | | | PAYMENT FOR TRANS 1854456 | -$38.98 | $61.27 |
| 1854456 | 8/24/2021 | Bill | $38.98 | $38.98 | Commissary - COMMISSARY 8/24/2021 REF-2806 | | $100.25 |
| 1844483 | 8/23/2021 | CredPay | | | PAYMENT FOR TRANS 1844482 | $50.00 | $100.25 |
| 1844482 | 8/23/2021 | Credit | $50.00 | $50.00 | ACH Settlement Fund : Primary balance receipt from TF Checking | | $50.25 |
| 1844481 | 8/23/2021 | StlmntRcpt | | | | $50.00 | $100.25 |
| 1844477 | 8/23/2021 | Settlement | | | | -$50.00 | $100.25 |
| 1844472 | 8/23/2021 | CredPay | | | PAYMENT FOR TRANS 1844471 | $50.00 | $100.25 |
| 1844471 | 8/23/2021 | Credit | $50.00 | $50.00 | JailATM : JailATM Web Deposit GC# 37251440 by Gussie Pettis Paid By: Gussie Pettis 8205 S Green Chicago, IL 60620 | | $50.25 |
| 1821247 | 8/17/2021 | CredPay | | | PAYMENT FOR TRANS 1821246 | $50.00 | $50.25 |
| 1821246 | 8/17/2021 | Credit | $50.00 | $50.00 | ACH Settlement Fund : Primary balance receipt from TF Checking | | $0.25 |
| 1821245 | 8/17/2021 | StlmntRcpt | | | | $50.00 | $50.25 |
| 1821241 | 8/17/2021 | Settlement | | | | -$50.00 | $50.25 |
| 1821238 | 8/17/2021 | CredPay | | | PAYMENT FOR TRANS 1821237 | $50.00 | $50.25 |
| 1821237 | 8/17/2021 | Credit | $50.00 | $50.00 | JailATM : JailATM Web Deposit GC# 37094582 by Gussie Pettis Paid By: Gussie Pettis | | $0.25 |

Printed 12/13/2022 — Confidential Property of Cook County — Page 6 of 10

**0205314 : Robinson, Lutwione**
DIV8 RTU 3C D2

Cook Checking Main Balance: $29.21

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount Collect | Bill Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|
| 1816519 | 8/17/2021 | BillPay | | 8205 S Green Chicago, IL 60620 PAYMENT FOR TRANS 1816518 | -$87.56 | $0.25 |
| 1816518 | 8/17/2021 | Bill | $87.56 | Commissary : COMMISSARY 8/17/2021 REF:2724 | | $87.81 |
| 1778826 | 8/11/2021 | Add | | | $87.81 | $87.81 |
| 1778406 | 8/11/2021 | Open | | RESIDENT RE-OPEN | $0.00 | $0.00 |
| 579053 | 1/15/2021 | Check | | Check 603162 Paid To: LUTWIONE ROBINSON LOBBY | -$88.22 | $0.00 |
| 470415 | 12/31/2020 | CredPay | | PAYMENT FOR TRANS 470414 | $88.22 | $88.22 |
| 470414 | 12/31/2020 | Credit | $88.22 | Commissary : COMMISSARY CREDIT 12/31/2020 REF:252 | | $0.00 |
| 444152 | 12/29/2020 | Close | | | | $0.00 |
| 444151 | 12/29/2020 | Release | | RESIDENT RELEASE | | $0.00 |
| 443519 | 12/28/2020 | BillPay | | PAYMENT FOR TRANS 443518 | -$23.44 | $0.00 |
| 443518 | 12/28/2020 | Bill | $23.44 | Debit Card Fund : DISCHARGE Released To: Robinson, Lutwione For Debit Card:xxxx-xxxx-xxxx-6744 | | $23.44 |
| 437777 | 12/28/2020 | BillPay | | PAYMENT FOR TRANS 437776 | -$88.22 | $23.44 |
| 437776 | 12/28/2020 | Bill | $88.22 | Commissary : COMMISSARY 12/28/2020 REF:221 | | $111.66 |
| 366318 | 12/17/2020 | Add | | WESTERN UNION 0987432380 JESSIE JONES | $50.00 | $111.66 |
| 356245 | 12/16/2020 | BillPay | | PAYMENT FOR TRANS 356244 | -$24.65 | $61.66 |

Printed 12/13/2022     Confidential Property of Cook County     Page 7 of 10

## 0205314 : Robinson, Lutwione
### DIV8 RTU 3C D2

Cook Checking Main Balance: $29.21

### Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| 356244 | 12/16/2020 | Bill | $24.65 | $24.65 | Commissary : COMMISSARY 12/16/2020 REF:131 | | $86.31 |
| 333317 | 12/14/2020 | CredPay | | | PAYMENT FOR TRANS 333316 | $40.00 | $86.31 |
| 333316 | 12/14/2020 | Credit | $40.00 | $40.00 | ACH Settlement Fund : Primary balance receipt from TF Checking | | $46.31 |
| 333315 | 12/14/2020 | StlmntRcpt | | | | $40.00 | $86.31 |
| 333299 | 12/14/2020 | Settlement | | | | -$40.00 | $86.31 |
| 333271 | 12/14/2020 | CredPay | | | PAYMENT FOR TRANS 333270 | $40.00 | $86.31 |
| 333270 | 12/14/2020 | Credit | $40.00 | $40.00 | JailATM : JailATM Web Deposit GC# 29217771 by Gussie Pettis Paid By: Gussie Pettis 8205 S Green Chicago , IL 60620 | | $46.31 |
| 332629 | 12/14/2020 | CredPay | | | PAYMENT FOR TRANS 332628 | $5.93 | $46.31 |
| 332628 | 12/14/2020 | Credit | $5.93 | $5.93 | Commissary : COMMISSARY CREDIT 12/14/2020 REF:121 | | $40.38 |
| 300677 | 12/9/2020 | CredPay | | | PAYMENT FOR TRANS 300676 | $4.40 | $40.38 |
| 300676 | 12/9/2020 | Credit | $4.40 | $4.40 | Commissary : COMMISSARY CREDIT 12/9/2020 REF:100 | | $35.98 |
| 298754 | 12/9/2020 | BillPay | | | PAYMENT FOR TRANS 298753 | -$41.77 | $35.98 |
| 298753 | 12/9/2020 | Bill | $41.77 | $41.77 | Commissary : COMMISSARY 12/9/2020 REF:99 | | $77.75 |
| 187092 | 12/2/2020 | BillPay | | | PAYMENT FOR TRANS 187091 | -$74.10 | $77.75 |
| 187091 | 12/2/2020 | Bill | $74.10 | $74.10 | Commissary : COMMISSARY 12/2/2020 REF:71 | | $151.85 |

Printed 12/13/2022    Confidential Property of Cook County    Page 8 of 10

## 0205314 : Robinson, Lutwione
### DIV8 RTU 3C D2

Cook Checking Main Balance: $29.21

### Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| 144631 | 11/25/2020 | CredPay | | | PAYMENT FOR TRANS 144630 | $100.00 | $151.85 |
| 144630 | 11/25/2020 | Credit | $100.00 | | ACH Settlement Fund : Primary balance receipt from TF Checking | | $51.85 |
| 144629 | 11/25/2020 | StlmntRcpt | | | | $100.00 | $151.85 |
| 144622 | 11/25/2020 | Settlement | | | | -$100.00 | $151.85 |
| 144614 | 11/25/2020 | CredPay | | | PAYMENT FOR TRANS 144613 | $100.00 | $151.85 |
| 144613 | 11/25/2020 | Credit | $100.00 | | JailATM : JailATM Web Deposit GC# 28729929 by Gussie Pettis Paid By: Gussie Pettis 8205 S Green Chicago , IL 60620 | | $51.85 |
| 135538 | 11/22/2020 | CredPay | | | PAYMENT FOR TRANS 135537 | $50.00 | $51.85 |
| 135537 | 11/22/2020 | Credit | $50.00 | | ACH Settlement Fund : Primary balance receipt from TF Checking | | $1.85 |
| 135536 | 11/22/2020 | StlmntRcpt | | | | $50.00 | $51.85 |
| 135529 | 11/22/2020 | Settlement | | | | -$50.00 | $51.85 |
| 135523 | 11/22/2020 | CredPay | | | PAYMENT FOR TRANS 135522 | $50.00 | $51.85 |
| 135522 | 11/22/2020 | Credit | $50.00 | | JailATM : JailATM Web Deposit GC# 28673199 by Gussie Pettis Paid By: Gussie Pettis 8205 S Green Chicago , IL 60620 | | $1.85 |
| 109514 | 11/17/2020 | CredPay | | | PAYMENT FOR TRANS 109513 | $1.46 | $1.85 |

Printed 12/13/2022     Confidential Property of Cook County     Page 9 of 10

**0205314 : Robinson, Lutwione**
DIV8 RTU 3C D2

Cook Checking Main Balance: $29.21

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| 109513 | 11/17/2020 | Credit | | $1.46 | Commissary : COMMISSARY CREDIT 11/17/2020 REF:33 | | $0.39 |
| 75153 | 11/11/2020 | BillPay | | | PAYMENT FOR TRANS 75152 | -$42.74 | $0.39 |
| 75152 | 11/11/2020 | Bill | $42.74 | | Commissary : COMMISSARY 11/11/2020 REF:19 | | $43.13 |
| 40054 | 11/3/2020 | BillPay | | | PAYMENT FOR TRANS 40053 | -$93.87 | $43.13 |
| 40053 | 11/3/2020 | Bill | $93.87 | | Commissary : COMMISSARY 11/3/2020 REF:5 | | $137.00 |
| 28357 | 11/3/2020 | Open | | | RESIDENT RE-OPEN | $0.00 | $137.00 |
| 22963 | 11/3/2020 | Close | | | | | $137.00 |
| 22962 | 11/3/2020 | Release | | | RESIDENT RELEASE | | $137.00 |
| 22961 | 11/3/2020 | Add | | | Initial Receipt : IMPORTED BALANCE | $137.00 | $137.00 |
| 22960 | 11/3/2020 | Open | | | OPENING ACCOUNT | $0.00 | $0.00 |