OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

23cv599 #5

Lutwione Anton Robinson
20221103091
Cook County Jail
2700 South California Avenue
Chicago, IL 60608

NIXIE   601   FE 1   0002/13/23
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 6060418009  *1176-03833-13-21

111BF

FIRST-CLASS MAIL
neopost
02/06/2023
US POSTAGE $000.60°
ZIP 60604
041M11270962

