IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| Lutwione Anton Robinson (#2022-1103091), | ) | |
|---|---|---|
| | ) | |
| | ) | No. 23 CV 00599 |
| Plaintiff, | ) | Judge John J. Tharp, Jr. |
| v. | ) | |
| | ) | |
| Dart, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT ORDER

This action having been dismissed without prejudice decided by Judge John J. Tharp, Jr. upon the Court's own motion, it is hereby ORDERED:

Judgment is hereby entered in favor of defendants Tom J Dart, Rivers, Roberson and Robinson and against plaintiff Lutwione Anton Robinson. Defendants shall not recover costs from plaintiff.

Dated: April 14, 2023

/s/ John J. Tharp, Jr.
John J. Tharp, Jr.
United States District Judge